DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LORENZA SESSION,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2453

[March 17, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas Michael Lynch, V, Judge; L.T. Case No. 03-21278CF10A.

Lorenza Session, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., MAY and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***